ACCEPTED
04-14-00569-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
3/24/2015 6:42:20 PM
KEITH HOTTLE
CLERK

**04 -14 -00569- CV**

## In The Court Of Appeals
## For The Fourth District Of Texas
## San Antonio Texas

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
03/24/2015 6:42:20 PM
KEITH E. HOTTLE
Clerk

**BURTON KAHN**
*APPELLANT*

V.

**HELVETIA ASSET RECOVERY INC**.
*APPELLEE.*

On Appeal From The 37th Judicial District Court Of Bexar County, Texas
Trial Court, No. 2013–CI -18355
Hon. Michael Mery, Judge Presiding

## UNOPPOSED FIRST MOTION FOR EXTENSION TO FILE ITS REPLY TO APPELLEE'S BRIEF

**Burton Kahn pro se**
**1706 Alpine Circle**
**San Antonio, TX 78248**
**210-408-9199**
glentrail@yahoo.com

1

TO THE HONORABLE COURT OF APPEALS:

Appellant Burton Kahn files this Unopposed First Motion For Extension To File Its Reply To Appellee's Brief, Under Texas Rule of Appellate Procedure 10.5(b) and respectfully requests a 7-day extension of time, until April 13, 2015,

## I

This is Appellant Burton Kahn's ("Appellant" or "Kahn") appeal from the June 11, 2014 final judgment entered in Cause No. 2013-Cl-I *8355, Helvetia Asset Recovery, Inc. v. Burton Kahn, et al,* 37th Judicial District, Bexar County, Texas.

Appellee filed its brief on March 17, 2015. Appellant's Reply is currently due on April 6, 2015. This is Appellant's first request for an extension of time with regard to responding to the reply.

## II.

Appellant has been substantially involved in the following matters, among others, that necessitate the filing of this motion:

1. This present appeal. Appellant has found it difficult to locate Appellee's citations to the reporter's record and the clerk's record, and Appellee has added issue of the Bankruptcy.

2. *In re Burton M. Kahn,* Civil Action No. 5:14-CV-1109-HLH, in the

2

United States District Court for the Western District of Texas, San Antonio Division. Kahn appealed an October 17, 2014 order entered by the United States Bankruptcy Court approving the Chapter 7 Trustee's request to sell to Helvetia the debtor's (Kahn) non-exempt assets, claims and causes of action. Helvetia is the Appellee in that appeal, and filed its Appellee' s brief on February 24, 2015 (Pacer Dkt. No. 14).

3. *In re Burton M. Kahn*, Debtor Case No. 14-50980 –CAG, United States Bankruptcy Court for the Western District of Texas San Antonio Division. Appellant is working the Adversary Proceeding Case No. 14-05502-CAG on Pretrial Order and Proposed Finding of Facts and Conclusion of Law booth due on April 6, 2015.

Accordingly, Appellant requests a 7-day extension, or until April 13, 2015, in which to file its Reply. This motion is not filed for the purpose of delay.

**PRAYER**

For these reasons, appellant Burton Kahn respectfully requests that the Court grant this request and extend the time for filing its Reply to April 13, 2015.

Respectfully submitted,

Burton Kahn Pro-se
1706 Alpine Cir.,
San Antonio, TX 78248
glentrail@yahoo.com
Tel (210) 408-9199

## CERTIFICATE OF SERVICE

I certify that a copy of Appellee, Helvetia Asset Recovery Inc., this Motion was served on Appellee, Helvetia Asset Recovery Inc. through counsel of record on March 24, 2015 by

Via Email Lisa. Barkley@ haynesboone.com
Haynes and Boone LLP
Lisa Barkley
112 E. Pecan St. Suite 1200
San Antonio, TX 78205 - 1524

Via E-mail Werner.Powers@hayneshoone.com
Werner A. Powers
Natalie DuBose
Haynes & Boone, LLP
2323 Victory Avenue, Suite 700
Dallas, Texas 75219

Burton Kahn Pro-se

## CERTIFICATE OF CONFERENCE

In accordance with Rule 10.1(a)(5) of the Texas Rules of Appellate Procedure, I certify that Burton Kahn conferred with attorneys for Appellee concerning this request for extension of time. Appellee's attorneys does not oppose the relief requested.